# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION  MDL No. 2804

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO −17)

On December 5, 2017, the Panel transferred 62 civil action(s) to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See _F.Supp.3d_ (J.P.M.L. 2017). Since that time, 372 additional action(s) have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable Dan A. Polster.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Polster.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of December 5, 2017, and, with the consent of that court, assigned to the Honorable Dan A. Polster.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Mar 28, 2018

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

hereby certify that this instrument is a true and correct copy of the original on file in my office. Attest: Sandy Opacich, Clerk
U.S. District Court
Northern District of Ohio
By: /s/Robert Pitts
Deputy Clerk

IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION                                                      MDL No. 2804

## SCHEDULE CTO−17 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| ALABAMA NORTHERN | | | |
| ALN | 1 | 18−00398 | City of Anniston Alabama v. Purdue Pharma L P et al |
| ALN | 5 | 18−00396 | Limestone County, Alabama v. Purdue Pharma L.P. et al |
| CALIFORNIA NORTHERN | | | |
| CAN | 1 | 18−01566 | Yurok Tribe v. Purdue Pharma L.P. et al |
| FLORIDA NORTHERN | | | |
| FLN | 3 | 18−00417 | CITY OF PENSACOLA v. AMERISOURCEBERGEN DRUG CORPORATION et al |
| FLORIDA SOUTHERN | | | |
| FLS | 0 | 18−60535 | Broward County, Florida v. Purdue Pharma L.P. et al |
| ILLINOIS NORTHERN | | | |
| ILN | 3 | 18−50092 | City of Rockford, an Illinois Municipal Corporation v. AmerisourceBergen Drug Corporation et al |
| ILN | 3 | 18−50093 | People Of The State Of Illinois et al v. AmerisourceBergen Drug Corporation et al |
| LOUISIANA EASTERN | | | |
| ~~LAE~~ | ~~2~~ | ~~18−02717~~ | ~~St. Bernard Parish Government v. Purdue Pharma L.P. et al~~ Opposed 3/20/18 |
| LOUISIANA MIDDLE | | | |
| LAM | 3 | 18−00286 | Gautreaux v. Purdue Pharma L.P. et al |
| NORTH CAROLINA EASTERN | | | |
| NCE | 4 | 18−00049 | |

| | | | Halifax County v. AmerisourceBergen Drug Corporation et al |

## NORTH CAROLINA MIDDLE

| | | | |
|---|---|---|---|
| NCM | 1 | 18−00192 | ORANGE COUNTY v. AMERISOURCEBERGEN DRUG CORPORATION et al |

## OHIO SOUTHERN

| | | | |
|---|---|---|---|
| OHS | 2 | 18−00216 | Athens County Board of Commissioners v. AmerisourceBergen Drug Corporation et al |

## OKLAHOMA WESTERN

| | | | |
|---|---|---|---|
| OKW | 5 | 18−00221 | Ponca Tribe of Indians of Oklahoma v. Purdue Pharma LP et al |

## WEST VIRGINIA SOUTHERN

| | | | |
|---|---|---|---|
| WVS | 2 | 18−00407 | The Calhoun County Commission, West Virginia v. Amerisourcebergen Drug Corporation, et al |
| WVS | 2 | 18−00419 | The Braxton County Commission, West Virginia v. Cardinal Health, Inc. et al |
| WVS | 2 | 18−00421 | The Nicholas County Commission v. AmerisourceBergen Drug Corporation et al |
| WVS | 2 | 18−00423 | The City of Parkersburg, West Virginia v. AmerisourceBergen Drug Corporation et al |
| WVS | 2 | 18−00431 | The City of Summersville v. AmerisourceBergen Drug Corporation et al |
| WVS | 2 | 18−00434 | The City of Logan v. AmerisourceBergen Drug Corporation et al |
| WVS | 2 | 18−00440 | The Town of Sutton, West Virginia v. Cardinal Health, Inc., et al |
| WVS | 2 | 18−00441 | The City of Smithers, West Virginia v. AmerisourceBergen Drug Corporation et al |
| WVS | 2 | 18−00443 | The Town of Granville, West Virginia v. AmerisourceBergen Drug Corporation et al |
| WVS | 3 | 18−00435 | The City of Milton, West Virginia v. AmerisourceBergen Drug Corporation et al |
| WVS | 5 | 18−00425 | The Town of Rainelle, West Virginia v. AmerisourceBergen Drug Corporation |
| WVS | 5 | 18−00426 | The Town of Rupert, West Virginia v. AmerisourceBergen Drug Corporation et al |
| WVS | 5 | 18−00427 | The Town of Quinwood, West Virginia v. AmerisourceBergen Drug Corporation |

## WISCONSIN EASTERN

| | | | |
|---|---|---|---|
| WIE | 2 | 18−00403 | Milwaukee County Wisconsin v. Amerisourcebergen Drug Corporation et al |